Debtor name __**Wolyniec Construction, Inc.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF PENNSYLVANIA__

Case number (if known) __**4:25-bk-00881-MJC**__

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**May 16, 2025**__     X */s/ Steve Schenck*
_____     Signature of individual signing on behalf of debtor

**Steve Schenck**
Printed name

**President**
Position or relationship to debtor

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................... $    **1,750,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................ $    **2,515,961.06**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................... $    **4,265,961.06**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $    **5,723,189.02**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$    **625,708.57**

4.   **Total liabilities** ..................................................................................................
    Lines 2 + 3a + 3b

$    **6,348,897.59**

Debtor name    **Wolyniec Construction, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)    **4:25-bk-00881-MJC**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Jersey Shore State Bank Business Account - Balance as of 3/31/25** | Checking | 3806 | $15,961.06 |
| 3.2. | **C&N Bank Business Account - Account Negative as of 3/31/25** | Checking | 4839 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $15,961.06 |
|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **See attached Equipment and Vehicles list prepared by potential auctioneer - Value represented in line 50** | **$0.00** | | **$0.00** |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Debtor's Equipment and Vehicles List - See Attachement prepared by potential auctioneer - value based on estimate of potential auction value with a range of $2.5-3.0 Million** | **$0.00** | | **$2,500,000.00** |

| 51. | **Total of Part 8.** | | **$2,500,000.00** |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **294 Freedom Road, Williamsport, Lycoming County, PA plus a nearby quarry** | **Fee simple** | **$0.00** | | **$1,750,000.00** |

56.    **Total of Part 9.**                                              |  **$1,750,000.00**  |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$15,961.06** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$2,500,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | **$1,750,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | **$2,515,961.06** + 91b. | **$1,750,000.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$4,265,961.06** |



**Wolyniec Construction, Inc.**

**Schedule "A"**

(Unit# 1) 2011 JOHN DEERE Model 410J, 4x4 Tractor Loader Extend-A-Hoe, s/n 1T0410JXTBD206856

(Unit# 2) 2011 JOHN DEERE Model 410J, 4x4 Tractor Loader Extend-A-Hoe, s/n 1T0410JXJB0197054

(Unit# 3) 2012 JOHN DEERE Model 510K, 4x4 Tractor Loader Extend-A-Hoe, s/n 1T0410KXVCE222265

(Unit# 5) 2012 JOHN DEERE Model 310SK, 4x4 Tractor Loader Extend-A-Hoe, s/n 1T0310SKJCE224126

(Unit# 6) 2008 JOHN DEERE Model 410J, 4x4 Tractor Loader Extend-A-Hoe, s/n TO410JX155998

(Unit# 8) 1987 CATERPILLAR Model D6H Crawler Tractor, s/n 4RC01746

(Unit# 9) 2017 JOHN DEERE Model 700K LGP Crawler Tractor, s/n 1T0700KXVHF316115

(Unit# 10) 2019 JOHN DEERE Model 333G Crawler Skid Steer Loader, s/n JF345437

(Unit# 11) 2020 JOHN DEERE Model 320G Skid Steer Loader, s/n 1T0320GMKKJ367718

(Unit# 12) 1999 KOBELCO Model SK300LC Mark IV Hydraulic Excavator, s/n YCU0951

(Unit# 13A) Rockland 60" Heavy Duty Bucket

(Unit# 14) 2022 CATERPILLAR Model 325 Hydraulic Excavator, s/n TEL20266

(Unit# 15A) 36" Rockland Concrete Bucket

(Unit# 15B) CP 60" HD Dithching Bucket J000119715-1

(Unit# 15C) 48" Rockland HD Rock Bucket

(Unit# 16) 2016 JOHN DEERE Model 524K Rubber Tired Loader, s/n 1DW524KZCGF674873

(Unit# 16A) DE 2.5CY Side Dump Bucket 0414-6559-1/1

1

(Unit# 17) 20__ ROADHOG Model RH48200TLTCAT Hydraulic Milling Machine, s/n 1711009

(Unit# 18) 2022 CATERPILLAR Model 299D3 Crawler Skid Steer Loader, s/n DY907861

(Unit# 20) 2021 JOHN DEERE Model 60G Mini Excavator, s/n 1FF060GXPLJ293133

(Unit# 22) 2020 CATERPILLAR Model 315FLCR Hydraulic Excavator, s/n TDY14074

(Unit# 22A) Atlas Copco MB1000 Hydraulic Breaker EQ0022044

(Unit# 23) 2014 CATERPILLAR Model 336EL Hydraulic Excavator, s/n FJH01604

(Unit# 24) 2019 JOHN DEERE Model 35G Mini Hydraulic Excavator, s/n 1FF035GXTKK285520

(Unit# 24A) 11" Hydraulic Thumb

(Unit# 25) 2007 BOBCAT Model A300 Skid Steer Loader, s/n 539911899

(Unit# 28) 2002 KOMATSU Model PC30MRX Mini Excavator, s/n 13962

(Unit# 29) 2019 CATERPILLAR Model 308CR Mini Hydraulic Excavator, s/n GG802028

(Unit# 30) 2004 INGERSOLL RAND Model SD105DXTF Compactor, s/n 176172

(Unit# 31) Takeuchi 72" Skidsteer Bucket 174489

(Unit# 32) 2017 BOMAG Model BMP8500 Walk Behind Roller, s/n 101720126835

(Unit# 33) 1999 GEHL Model SL5635DX Skid Steer Loader, s/n 15459

(Unit# 35) 2017 BOMAG Model BMP8500 Walk Behind Roller, s/n 101720124911

(Unit# 36) 1993 FORD Model 27000 Single Axle Water Truck, VIN# 1FDXR72C3PVA40473

(Unit# 37) 2015 HAMM Model HD12 Tandem Vibratory Roller, s/n H2300333

(Unit# 38) 2016 CATERPILLAR Model CB54B Tandem Vibratory Roller, s/n RJN00288

(Unit# 39) 2010 CATERPILLAR Model AP655D Crawler Paver, s/n GNZ00341

(Unit# 40) 2022 RAM Model 3500HD Laramie Sport, 4x4 Crew Cab Pickup Truck, VIN# 3C63R3EL5NG334302

(Unit# 41) 2015 FORD Model F-250 Super Duty 4x4 Pickup Truck, VIN# 1FTBF2867FEA17751

(Unit# 43) 2020 RAM Model 2500HD, 4x4 Crew Cab Pickup Truck, VIN# 3C6UR5HJ9LG125362

(Unit# 44) 2012 FORD Model F-250XL Super Duty 4x4 Quad Cab Pickup Truck, VIN# 1FT7X2B65CEC08177

(Unit# 45) 2016 FORD Model F-250XLT Super Duty 4x4 Quad Cab Pickup Truck, VIN# 1FT7X2B62GEB44217

(Unit# 46) 2014 FORD Model F-250XLT Super Duty 4x4 Quad Cab Pickup Truck, VIN# 1FT7X2B62EEA19604

(Unit# 47) 2017 RAM Model 3500HD, 4x4 Crew Cab Pickup Truck, VIN# 3C63R3HL4HG717924

(Unit# 48) 2016 FORD Model F-450XL Super Duty Quad Cab Utility Truck, VIN# 1FD0X4GT2GEB98821

(Unit# 49) 2016 FORD Model F-550 Service Truck, VIN# 1FDUF5HT2GED20120

(Unit# 50) 2011 FORD Model F-450XLT Super Duty Single Axle Crew Cab Dump Truck, VIN# 1FD0W4GT5BEB70278 (#111 Salt Spreader On Truck)

(Unit# 51) 2016 FORD Model F-450XLT Super Duty Single Axle Crew Cab Flatbed  Dump Truck, VIN# 1FD0W4GY3GEB34642 (#113 Salt Spreader On Truck)

(Unit# 52) 2009 FORD Model F-450XL Super Duty Crew Cab Dump Truck, VIN# 1FDAW46RX9EA04486 (Parts Truck)

(Unit# 53) 2016 RAM Model 5500HD, 4x4 Single Axle Crew Cab Dump Truck, VIN# 3C7WRNBL4GG142283 (#112 Salt Spreader On Truck)

(Unit# 55) 2019 FORD Model 5500HD, 4x4 Single Axle Crew Cab Dump Truck, VIN# 3C7WRNEL2KG577887

(Unit# 56) 2008 FORD Model F-450XLT Super Duty Single Axle Dump Truck, VIN# 1FDXW46Y78EB39778

(Unit# 57) 2019 CHEVROLET Model 5500HD Silverado Single Axle Dump Truck, VIN# 1HTKHPVK3KH827907

(Unit# 58) 2022 RAM Model 4500 HD, 4x4 Single Axle Crew Cab Dump Truck, VIN# 3C7WRLFLXNG256252

(Unit# 59) PRO-TECH Model SP10S, 10' Snow Pusher, s/n 44771 (Skid Steer)

(Unit# 60) PRO-TECH Model SP10S, 10' Snow Pusher, s/n 56813 (Skid Steer)

(Unit# 69) 1997 MACK Model RD688S Tri-Axle Dump Truck, VIN# 1M2P267C6VM030255

(Unit# 78) 2013 MACK Model Titan TD713 Tri-Axle Truck Tractor, VIN# 1M1BD02YXDM001459

(Unit# 80) 1979 FORD Model 8000 Single Axle Boom Truck, VIN# R80DVC7119

(Unit# 82) 2006 MACK Model CV713 Granite Tri-Axle Dump Truck, VIN# 1M2AG11C96M030268

(Unit# 83) 2016 MACK Model GU813 Pinnacle Tri-Axle Dump Truck, VIN# 1M2AX16C1GM036026

(Unit# 84) 2016 MACK Model GU813 Pinnacle Tri-Axle Dump Truck, VIN# 1M2AX16C3GM036027

(Unit# 85) 2006 MACK Model CV713 Granite Tri-Axle Dump Truck, VIN# 1M2AG11C56M044488

(Unit# 86) 2016 MACK Model GU813 Pinnacle Tri-Axle Dump Truck, VIN# 1M2AX16C7GM036029

(Unit# 87) 2016 MACK Model GU813 Pinnacle Tri-Axle Dump Truck, VIN# 1M2AX16C5GM036028

(Unit# 89) 2012 MACK Model GU713 Granite Tri-Axle Dump Truck, VIN# 1M2AX09C8CM010734

(Unit# 90) Sullair Air Comp. Model 185DPQ-JDD 004-111488

(Unit# 91) Sullair Air Comp. Model 185DPQ 103201

(Unit# 92) Sullair Air Comp. Model 185DPQ  004-112711

(Unit# 93) Sullair 375HAF Air Compressor 2009/0290017

(Unit# 94) Sullair Air Comp. Model 750 004-114268

(Unit# 95) Sullair Air Comp.Model 375 004-125330

(Unit# 101) Concrete Vibrator K21019

(Unit# 102) Concrete Vibrator K21386

(Unit# 105) Stihl RB800 Pressure Washer (New) 996083757

(Unit# 108) Kuboto Generator 578632

(Unit# 109) Honda Generator 3114512

(Unit# 110) HINIKER Model 755 Electric Spreader, s/n 775-0033-100 (On Unit #56)

(Unit# 111) WESTERN Stainless Steel Spreader, s/n 90082 (On Unit #50)

(Unit# 112) FISHER Stainless Spreader, s/n 2479 (On Unit #53)

(Unit# 113) FISHER Steel Caster Spreader, s/n 19031220420999002-1 (On Unit #51)

4



(Unit# 114) Stihl All Purpose Saw Model TS420 #56 175459543

(Unit# 115) Stihl TS500i 14" Cut Saw 191598670

(Unit# 116) Stihl TS500i 14" Cut Saw 181661174

(Unit# 117) Stihl TS500i 14" Cut Saw 182746661

(Unit# 118) Stihl TS500i 14" Cut Saw 184539237

(Unit# 119) Stihl TS500i 14" Cut Saw 182390742

(Unit# 120) Stihl TS500i 14" Cut Saw 184539237

(Unit# 121) Stihl TS500i 14" Cut Saw 184718954

(Unit# 122) Stihl TS420 Cut-Off Saw 169702284

(Unit# 123) Stihl TS420 Cut-Off Saw 17373566

(Unit# 124) Stihl TS500i 14" Cut Saw 192223974

(Unit# 126) Stihl BR600 Backpack Blower 533304251

(Unit# 127) Stihl All Purpose Saw Model TS400 #51 155604119

(Unit# 128) Wacker WP1540AW Plate Tamper w/Water 10688812

(Unit# 129) Wacker WP1540AW Plate Tamper w/Water 5100018327

(Unit# 130) Stihl All Purpose Saw Model TS400 #54 155440381

(Unit# 131) Milwaukee Band Saw Model 6230 #53 678B497140666

(Unit# 132) Milwaukee Band Saw Model 6230  #51 678C497470797

(Unit# 133) Milwaukee Super Sawzall #51 774-234386

(Unit# 134) Milwaukee Super Sawzall #53 774-A39261325

(Unit# 136) Stihl Chain (Rock Boss) Saw Model #GS461 184424430

(Unit# 137) Stihl Chain Saw Model 029 237637426

(Unit# 138) Stihl Main Saw Model MS036 51528113

5



(Unit# 140) CORE CUT Model CC6566 Walk Behind Concrete Saw, s/n 147676

(Unit# 141) Hitachi Slide Compound Miter Saw Model 12RSH2 C870202

(Unit# 142) Hitachi Universal Miter Saw Stand Model UU 240F

(Unit# 143) Grizzley Bench Grinder Model G1063 061023

(Unit# 144) Milwaukee 2640-20 18V Caulk Gun w/Charger D15AD1833-00163

(Unit# 145) Milwaukee 2640-20 18V Caulk Gun w/Charger D15AD1833-00164

(Unit# 148) 2007 TALBERT Model T(4)DW-55SA-HRG-1-T1(EC3/1), 55 Ton Tri-Axle Lowboy Trailer, VIN# 40FSK664671027964

(Unit# 149) TALBERT Flip Up 4th Axle, VIN# 40FAK0515K1037510

(Unit# 150) 2019 UNITED Model ULTB-8.524TA50S Tandem Axle Cargo Trailer, VIN# 56JTE2420KA167749 (Not On Original List)

(Unit# 151) Hougen HMD904-Mag Drill 115V 2713099

(Unit# 153) Soft Cut Concrete Saw 1263899

(Unit# 154) Dewalt 18V Combo Kit #54 997KC-2

(Unit# 155) Transport Trailer (Bid-well) 8857

(Unit# 156) Ravens Trailer 1R1F04027CE820293

(Unit# 157) Kentucky Trailer 1FKVD4527CL000937

(Unit# 158) Fruehauf Trailer WM4800

(Unit# 159) Vanco Trailer 1VVV46200G1006557

(Unit# 160) Polar Kraft Jon Boat Model DKJ1448LW

(Unit# 161) Aluminum Boat Trailer???

(Unit# 162) Sweepster 72" Hopper Broom 1705052

(Unit# 163) Butler Tanker  3133NAM

(Unit# 164) Fruehauf Trailer FWT040509



(Unit# 166) 2017 HOMESTEADER Model 824AB Tandem Axle Cargo Trailer, VIN# 5HABE2424HN055877

(Unit# 167) 2008 CAM Model 6CAM20C Tandem Axle Tag-A-Long Trailer, VIN# 5JPBU25208P022124

(Unit# 168) GODWIN Model GD150MBS, 6" Portable Pump, s/n 0125182-2

(Unit# 169) LEEBOY Model L250T, 250 Gallon Portable Tack Sprayer, s/n 133438

(Unit# 170) 2012 DOOSAN Model G90WJD-2A-FXT3 Portable Generator, s/n 442694UFWE54

(Unit# 172) Sokkia SET6F D20883 Electronic Total Station 23787

(Unit# 173) Dorsey Trailer 1DTPS6W24NP030075

(Unit# 174) 2012 CAM Model Superline 6CAM20 Tandem Axle Tag-A-Long Trailer, VIN# 5JPBU2525CP029899

(Unit# 175) 2002 CROSS COUNTRY Tandem Axle Tilt Deck Tag-A-Long Trailer, VIN# 431FS202421000268

(Unit# 176) Hiltidrill Model TE70-ATC 89139

(Unit# 177) Hiltidrill Model TE92 109954

(Unit# 178) Hiltidrill Model TE92 109945

(Unit# 179) Hiltidrill Model TE92 25803

(Unit# 180) Hiltidrill Model TE22 446308

(Unit# 181) Hiltidrill Model TE76 29829

(Unit# 182) Hiltidrill Model TE70-ATC 03-0032111-DK-08

(Unit# 183) Hiltidrill Model TE24 123656

(Unit# 184) Hiltidrill Model TE74 177671

(Unit# 185) Hiltidrill Model TE75 25212

(Unit# 186) Hiltidrill Model TE76 109405

(Unit# 187) Hiltidrill Model TE92 25904

(Unit# 188) Hilti Model TE DRS-Y (Vac Attachment Kits)

7



(Unit# 189) Hilti Model VC150-10 XE (HEPA Vac)

(Unit# 190) Bosch Drill Model 102S 3690018

(Unit# 191) Bosch Drill Model 102VSR 3640176

(Unit# 192) Dewalt Drill Model XR2 12715

(Unit# 193) Milwaukee Hole-Hawg Drill Model 16751 413B498360634

(Unit# 195) Champion 16 Air Cooled Gas Drive Welder B953332241

(Unit# 199) Hiltifastener Model DX36M #53 252860

(Unit# 200) Hiltifastener Model DX36M  223846

(Unit# 201) Hiltifastener Model DX36M 067215

(Unit# 202) Hiltifastener Model DX36M 251065

(Unit# 203) Hiltigun Model DXA41 #52 097248

(Unit# 204) Hiltigun Model DXA41 020761

(Unit# 205) Hiltigun Model DXA41 #53 069398

(Unit# 206) Hiltigun Model DXA41 #51 159366

(Unit# 207) Campbell Hausfeld Comp. Model HS5810 904066

(Unit# 211) Topcon Laser w/Sensor Model LS-70B TF3858

(Unit# 212) Realist Transit: Meridian LT6-900 19267

(Unit# 217) Reznor Waste Oil Burner Model RA140 BGBRA14048799X

(Unit# 226) Worthington Air Hammer 526

(Unit# 228) Master BLP 375 At Propane Heater 8548742

(Unit# 229) Wisconsin Power Trowel Model EY27W 8000051

(Unit# 232) Sand Blaster Model 250SA

(Unit# 233) AMSIG T333 Full Matrix Message Board 1A9BS3332A2228733

8



(Unit# 234) AMSIG T331 3-Line Message Board 1A9BS0317C2228212

(Unit# 235) AMSIG T331 3-Line Message Board 1A9BS0310C2228214

(Unit# 236) AMSIG T333 Full Matrix Message Board 1A9B53339A2228423

(Unit# 237) AMSIG T333 Full Matrix Message Board 1A9BS3336A2228735

(Unit# 239) GME MH10DW Manhole Box (10' x 10') M21102114

(Unit# 240) GME 4M820 Trench Box (20' x 8') M18010230

(Unit# 241) GME 4M820 Trench Box (20' x 8') (NEW) M18051337

(Unit# 242) GME BS7 Stone Box (NEW) M18051343

(Unit# 243) GME Hydraulic Shoring (NEW)

(Unit# 246) Sullair Paving Breaker Model MPB-60 138045P

(Unit# 247) Stone Vibratory Plate Model RP550G 421092

(Unit# 248) Sullair Paving Breaker Model MPB-90A 2430030

(Unit# 249) Sullair Hammer 60# 138045P

(Unit# 250) Sullair Hammer 35# 21162047

(Unit# 251) Sullair Hammer 35# 21162029

(Unit# 252) Sullair Hammer 35# 21162076

(Unit# 253) Sullair Hammer 35# 21162062

(Unit# 254) Sullair Hammer 35# 21162002

(Unit# 255) Sullair Hammer 35# 21162006

(Unit# 256) Sullair Hammer 90# 2430030

(Unit# 257) Master BLP 375 At Propane Heater 8548739

(Unit# 260) David White Transit Model 83062437X 123388

(Unit# 261) David White Transit Model 8080 90993



(Unit# 262) David White Transit Trypod Model 808 116875

(Unit# 263) David White Transit Model 8307 222198

(Unit# 264) Stone Vibrator #53 H10216

(Unit# 265) Stone Vibrator Model 21884 2621036

(Unit# 266) Stone Concrete Vibrator G-21259

(Unit# 267) Sawtec Pneumatic Combination Air Saw 5325

(Unit# 268) 6'x4' Flashing Arrow Board 109011

(Unit# 269) 6'x4' Flashing Arrow Board 0386LD15358

(Unit# 270) 6'x4' Flashing Arrow Board

(Unit# 271) SolarTech Message Board Model MB-4048 409236

(Unit# 272) Solar Message Board Model SMC1000 01057

(Unit# 278) Flyght 2" Water Pump Ready 8 1270155

(Unit# 279) Flyght Water Pump Ready 8 210-0470288

(Unit# 280) David White Level Universal LT8-300 A21490

(Unit# 281) Topcon Laser w/Sensor Model Rl-H3c YS3944

(Unit# 284) 2001 JLG Model 600A Self Propelled Aerial Lift, s/n 0300058410 (List Indicates Different s/n)

(Unit# 285) CATERPILLAR Model GP30, 6,000# Solid Tired Forklift, s/n 74M04896

(Unit# 286) McMillen Hydraulic Earth Drill (for Concrete Patches) 14557

(Unit# 289) Rebar Bending Tool & Bolt Cutter

(Unit# 290) Car Quest 7500 Battery Charger NO30221042

(Unit# 292) JRB Style 416 444/624 72" Loader Forks

(Unit# 293) Sullair Rock Drill Model MRD40 170021V

(Unit# 294) Thor Rock Drill Model 38/75

10



(Unit# 295) Magnum RHB 305-6 Hydraulic Hammer (Backhoes) H2319

(Unit# 296) NPK Model CH10 Hydraulic Demo Hammer, s/n 105123

(Unit# 297) Hinker Modle 9851 Pickup Truck V-Plow L31714640

(Unit# 298) Hiniker Model 9851 Pickup Truck V-Plow H21912390

(Unit# 299) Hiniker Model 9851 Pickup Truck V-Plow G20811103

(Unit# 300) Hiniker Model 9851 Pickup Truck V-Plow H21912398

(Unit# 301) Hiniker Model 9385 Pickup Truck V-Plow AR19119532

(Unit# 302) Soiltest Comp. Tester (Dual Range) CT710 1433

(Unit# 303) Minnich Air Drill A-3 1664-18

(Unit# 305) Sullair Chipper Model MCH3 9316282

(Unit# 306) Sullair Chipper Model MCH3 202017

(Unit# 307) Sullair Chipper Model MCH3 201184

(Unit# 308) Miller 302D Welder 244554RDSH

(Unit# 309) Skidmore Bolt Tension Calibrator 13595

(Unit# 313) Kent Chipping Hammer Model KCB3H 5635

(Unit# 314) Kent Chipping Hammer Model KCB3H 5629

(Unit# 315) Barrier Picker (KL 12000 Auto.9"Top K-Lift SF270082801A9

(Unit# 318) Campbell Hausfeld Comp. Model VT6299 L8/30/2000-00539

(Unit# 320) Allmand Light Plant 097303

(Unit# 322) Clipper Brick Saw 89CM251640102

(Unit# 323) Honda Generator - 6500SX EM6500SX21

(Unit# 326) OTC Hydraulic Test Kit OEM-1252

(Unit# 327) Wacker BS50-4AS Tamper 10860161



(Unit# 328) Wacker BS50-4AS Tamper 24416133

(Unit# 329) Wacker BS-500 Tamper 5304279

(Unit# 330) Wacker Generator Model 65.6 5288678

(Unit# 331) Wacker BS-500 Tamper 5304280

(Unit# 332) Rock Drill SPG01023

(Unit# 333) Wacker Tamper BS500 5335572

(Unit# 336) Sullair Paving Breaker (Air Hammer) 2620192

(Unit# 337) Sullair Paving Breaker (Air Hammer) 2620052

(Unit# 338) Sullair Paving Breaker (Air Hammer) 2620062

(Unit# 340) 1998 Genie Man Basket Model S-60 Self Propelled Aerial Lift, s/n 9447

(Unit# 341) Soft Cut  Model 310 SN-9333

(Unit# 342) Bio-Systems Multi-Vision Multi Gas Detector 06334

(Unit# 343) Allied Ho-Pac 9800 Series 8849

(Unit# 344) Honda EB5000 Generator EA7-3159731

(Unit# 345) Hilti Cordless Hammer Drill Driver 5007774

(Unit# 347) Western 8.5 MVP Ultramount Plow??? 63819??

(Unit# 348) Empire 350# Sand Blaster P-16464

(Unit# 349) 2022 LEGEND Model TVTA35 Tandem Axle Cargo Trailer, VIN# 1L9BE1827N1317940

(Unit# 350) 2004 CARGO EXPRESS Tandem Axle Cargo Trailer, VIN# 4U01C26244A019752

(Unit# 351) 2004 CARGO EXPRESS Tandem Axle Cargo Trailer, VIN# 4U01C26224A019751

(Unit# 352) 2005 CARGO EXPRESS Tandem Axle Cargo Trailer, VIN# 4U01C26205A023444

(Unit# 353) Milwaukee 18V Hammerdrill F25CD160807166

(Unit# 355) Milwaukee 18V Sawzall F39DD191602607



(Unit# 356) 2006 CARGO EXPRESS Tandem Axle Cargo Trailer, VIN# 4U01C26286A027596

(Unit# 358) VME 2500 Vibrator 92040138

(Unit# 359) VME 2500 Vibrator 92040136

(Unit# 360) Stone TR34R Trench Roller  w/ Remote (needs work) 332012892

(Unit# 364) Stihl TS 500i 14" Cut Off Saw 179732740

(Unit# 365) Sullair MPB60A Hammer 0.0810012

(Unit# 366) Sullair MPB35B Hammer 274079

(Unit# 367) Sullair MPB35B Hammer 276020

(Unit# 368) Sullair MPB-90A Paving Breaker w/Silencer 1890123

(Unit# 369) Sullair Chipping Hammer MCH3 HX Large 0980625 12304095

(Unit# 370) Sullair Chipping Hammer MCH3 HX Large 0980335 12303985

(Unit# 371) Sokkia Automatic Level C310D10365 401373

(Unit# 372) Hitachi Table Saw Model C10RA2 352178

(Unit# 375) Skil HD77 Worm Drive Saw HG-717576

(Unit# 376) STONE Model WP3100D Tandem Vibratory Roller, s/n 262005343

(Unit# 377) Honda EW171 Welder/4000 Watt Generator EB1-1122419

(Unit# 378) Sullair MCH-3 Chipping Hammer 2081355

(Unit# 379) Sullair MCH-3 Chipping Hammer 0.0750365

(Unit# 380) 2006 CAM Model Superline Tandem Axle Tag-A-Long Trailer, VIN# 5JPBU21286P014940 (VIN# From Registration)

(Unit# 381) 2012 PILECO Model D19-42 Diesel Pile Hammer, s/n D19-42/3192

(Unit# 382) KENT KF-9 Hammer, s/n 603031 (Model Owner Supplied) (On Unit #29)

(Unit# 383) Office Trailer 2001 w/ 1/2 Bath 0.015366

(Unit# 384) Mil Gun Spoolmatic 30A



(Unit# 385) Mil Control WC-24 137549

(Unit# 386) Dell Latitude D820 Laptop Service Tag #2DJF5B1

(Unit# 387) Dell PowerEdge SC 1420 (Server) Service Tag #5W30NB1

(Unit# 388) Stone Tamper with Honda Engine  SFP3000A 332006089

(Unit# 389) Ingersoll  Rand Plate Model BX-8 Serial #1672

(Unit# 390) Sullair MPB-35C Hammer 216029

(Unit# 391) Sullair MPB-35C Hammer 216032

(Unit# 392) CAT 306B COLD Planer (24" head) 0ERC00699

(Unit# 393) Vibermite Pencil Vibrator Model VME 1500 VK010415

(Unit# 394) Viber Pencil Vibrator Model VMK 2750 95170058

(Unit# 395) Stihl TS500i Cut-Off-Saw 186758425

(Unit# 396) Stihl TS500i Cut-Off-Saw 186794985

(Unit# 397) Dell Latitude D820 Laptop Service Tag # DKJ3DC1

(Unit# 398) Sullair MPB-35C Hammer SN#3410576P

(Unit# 399) Sullair MPB-35C Hammer SN#3410196P

(Unit# 400) Stihl B686C Blower 514518575

(Unit# 401) Honda Generator/Welder Model EW171A SNOQ 0028

(Unit# 402) Stihl BR600 Blower SN268723391

(Unit# 403) Stihl BR600 Blower SN268723390

(Unit# 404) Arrow Board SN04075690

(Unit# 405) Journeyman Toolbox Kit W/H315FC VIC0384-0836 Parts No.0384-2011

(Unit# 406) Cordless Caulking Gun Model DL-45-T14E D1225

(Unit# 407) Stihl SR 420 Motorized Sprayer 270224636

14



(Unit# 408) Stihl TS420 Cut-Off Saw 168090205

(Unit# 409) Stihl TS420 Cut-Off Saw 168227295

(Unit# 410) Air Powered Grease Pump Model #H07B A01328

(Unit# 411) Hilti Combihammer TE 76P 120V 70322

(Unit# 412) Hilti Combihammer TE 76P 120V 70326

(Unit# 414) Ingersoll Rand Air Compressor for Plant Type 30 SN0512150001

(Unit# 415) C&W BP-790 Dust Collector & Compressor SN012240

(Unit# 416) C&W CP305S  Silo Dust Collector (Cement Bin) SN9655

(Unit# 417) Columbia WL90 Steam Oil Boiler

(Unit# 418) Shop Boiler (Heaters/Thermostat Controls)

(Unit# 420) Stihl TS500i 14" Cut Off Saw 186418535

(Unit# 421) NPK Model GH2 Hydraulic Demo Hammer, s/n 92814 (On Unit #24)

(Unit# 422) NPK Hammer Model GH2 For Komatsu Model#193020

(Unit# 423) Stihl BG 85C Blower 269300242

(Unit# 424) Lightweight Air Entrainment Meter GAM-0200

(Unit# 425) Generac XP8000E 5626875

(Unit# 426) Titan Commerical Dual Tank Compressor TAC11338

(Unit# 427) JOHN DEERE Model 6X4TH Gator, s/n WO6X4HD001771

(Unit# 428) Stihl TS420 Cut-Off Saw 168961784

(Unit# 429) Vibre Mite VME 2500 Concrete Vibrator 90270217

(Unit# 430) Vibre Mite Vibrator VME 2500 Vibrator CS78514

(Unit# 431) Sullair MPB-35 Hammer SN#0250388

(Unit# 432) Sullair MPB-35 Hammer SN#0250628



15

(Unit# 433) Carlson ZOOM90 R 5" SN#953339

(Unit# 436) ATP1 Model D70714A SN#1302

(Unit# 437) RB395 Max Rebar Tieing Tool SN#H07416531E

(Unit# 438) RB518 Max Rebar Tieing Tool SN#16B020941

(Unit# 440) Gorman Rupp 4" Pump Model 5771-95 T26623

(Unit# 441) Great Dane Trailer 1GRDM9825WM039402

(Unit# 442) Hilti TE 70-ATC Combihammer 47972

(Unit# 443) Hilti TE 70-ATC Combihammer 47978

(Unit# 444) Great Dane Trailer 1GRDM9823WM039401

(Unit# 445) RB 515 Max Rebar Tier

(Unit# 446) Sullair MCH3S Chipping Hammer 2050848P

(Unit# 447) Sullair MCH3S Chipping Hammer 2050738P

(Unit# 448) Sullair MCH3S Chipping Hammer 2050548P

(Unit# 449) Sullair MCH3S Chipping Hammer 2050278P

(Unit# 450) Center Ram Jack RH302 30 Ton 2 1/2 S Part#11542-00437

(Unit# 451) Sullair MCH3-S Chipping Hammer 2820278P

(Unit# 452) Sullair MCH3-S Chipping Hammer 05104807S

(Unit# 456) Sullair MPB-30A Paving Breaker 1830698P

(Unit# 457) Sullair MPB-30A Paving Breaker 1830638P

(Unit# 458) Sullair MPB-90A Paving Breaker 3330358P

(Unit# 459) Sullair MPB-60A Paving Breaker 3280138P

(Unit# 460) Sullair MPB-60A Paving Breaker 3290118P

(Unit# 461) Sullair MPB-90A Paving Breaker 3330278P

(Unit# 462) Precision Air Entrainment Meter Model 34-3265 H090504

(Unit# 463) Precision Air Entrainment Meter Model 34-3265 H090508

(Unit# 464) BR600 Backpack Blower 277348938

(Unit# 465) Precision Air Entrainment Meter Model 34-3265 H090506

(Unit# 466) Precision Air Entrainment Meter Model 34-3265 H090511

(Unit# 467) Honda EW171 Welder/Generator EB1-1124257

(Unit# 468) Wacker LT-4 4000 watt Light Tower 5086159

(Unit# 469) Wacker Generator G5.6A 20130579

(Unit# 470) Stihl All-Purpose Saw TS410/420 176929273

(Unit# 471) Stihl All-Purpose Saw TS410/420 169703300

(Unit# 473) Black Max Pressure Washer

(Unit# 474) Wacker G-70 Genset 5556995

(Unit# 475) Stihl All-Purpose Saw TS420S 5107

(Unit# 476) Stihl All-Purpose Saw TS420S 6512

(Unit# 477) Sand Blaster P150 Blast Pot w/680 Remote 25530

(Unit# 478) 2009 WACKER Model E1100 Portable Ground Heater, s/n 5848737, VIN# 5XFCS10129N000003

(Unit# 479) Flygt Pump Model #BS2102.040 040-8420177

(Unit# 480) VME 2500 Vibrator 92090010

(Unit# 481) LiftMaster Slide Gate Model SL595

(Unit# 482) Office Trailer  SN#03-8605

(Unit# 483) Precision Air Entrainment Meter Model 34-3265 H100211 (ST-14)

(Unit# 484) Precision Air Entrainment Meter Model 34-3265 H100212 (ST-15)

(Unit# 485) Generac Generator XP8000E-56268 SN#834434809229



(Unit# 486) Generac Generator XP8000E-56268 SN#834425109226

(Unit# 487) 2008 HYDRO PLATFORMS Model HP35/180 Hydraulic Under Bridge Inspection Device, s/n 1H9US333X8S196296

(Unit# 488) 2003 VINTAGE Tandem Axle Cargo Trailer, VIN# 5BWUV242931000049

(Unit# 490) Gelco Mobile Office Trailer E-9128002

(Unit# 491) Job Trailer Model 8-32 1-18568

(Unit# 492) Sweepster Model LH SN#895837

(Unit# 493) Sweepster Model LH

(Unit# 494) RYOBI Table Saw BT3000 SN#102695

(Unit# 495) Gehl Milling Machine

(Unit# 496) 2010 EAGER BEAVER Model 20XPT, 20 Ton Tandem Axle Tag-A-Long Trailer, VIN# 112H8V322AL074898

(Unit# 497) Honda GX390 Pressure Washer

(Unit# 499) Magnetic Locator  121381

(Unit# 500) MS 290 18" Chain Saw w/Stihl Case

(Unit# 501) Fruehauf Rock Trailer 1H4D03020HK002107

(Unit# 502) BackPack Blower 284052680

(Unit# 503) Tool Impact Wrench IR2135TIMAX

(Unit# 505) NPK Hoe Pack 1N6014

(Unit# 506) 1996 TALBERT Non Ground Bearing Tandem Axle Lowboy Trailer, VIN# 40FW0422XT1012958

(Unit# 507) Stihl Chop Saw TS40 169499012

(Unit# 508) Stihl TS420 14" Cut Saw 169499003

(Unit# 509) John Deere Backhoe Construction Bucket AKR14320



(Unit# 510) Flygt Ready 8 Pump Unit 211-1140331

(Unit# 511) Rivet Buster Open Handle (Chipper) 0.000762

(Unit# 512) Rivet Buster Open Handle (Chipper) 0.000761

(Unit# 513) Rivet Buster Open Handle (Chipper) 0.000767

(Unit# 514) Rivet Buster Open Handle (Chipper) 0.000782

(Unit# 515) Rivet Buster Open Handle (Chipper) 0.000720.

(Unit# 516) Rivet Buster Open Handle (Chipper) 0.000753

(Unit# 517) Hilti Drill TE70  06-0107954-EN-11

(Unit# 519) Honda EU2000I Generator EAAJ-2153898

(Unit# 520) 65CM Concrete Mixer 152005259

(Unit# 521) Sweepster Model 22084MH-0022 1120028

(Unit# 522) Paladin Sweepster Model 22197MH (Backhoe) 1707001

(Unit# 523) TS 420 Cut Off Saw 42389673400S5

(Unit# 524) Rock Saw RW2425 Alitech 1204727

(Unit# 525) Hilti SF 18-A Drill 8010217

(Unit# 526) Rebar Bending Tool & Bolt Cutter

(Unit# 527) Flygt 2" Pump Model #2610101710032 181-1140510

(Unit# 528) Flygt 2" Pump Model # 2610101710032 181-1140516

(Unit# 529) Flygt Pump 181-1140510

(Unit# 530) Flygt Pump 181-1140516

(Unit# 531) Vibrator VMK 2750 97110016

(Unit# 532) Norton 18" Saw w/13HP Honda 1004203005

(Unit# 533) Hilti TE 70-ATC Combihammer 144057



(Unit# 534) Vibrator VMK 2750 95130014

(Unit# 535) Honda Generator EU2000i EAAJ2573770

(Unit# 536) Nikon AX-1 Transit Level 50057

(Unit# 537) 2012 CIFA Model PC40-7 (decal) PC307D6 (plate) Portable Concrete Pump, s/n 16301

(Unit# 538) Rivet Buster Open Handle (Chipper) MHN077647

(Unit# 539) Wacker BS50-4 Rammer 20227607

(Unit# 540) Bobcat MT55 Compact Track Loader A3WT15260

(Unit# 541) MSE 220 Chainsaw w/16" Bar SN 3/8-050

(Unit# 542) BackPack Blower SN 500782969

(Unit# 543) Hilti Combihammer TE 70-ATC/AVR SN 34422

(Unit# 544) 2012 John Deere 330LC Bucket SN#70776-36

(Unit# 545) Caterpillar Model H95E Hammer SN#X9F00369

(Unit# 547) Nova 2000 Blasting Helmet SN#4490316-6304

(Unit# 548) KM 130 R Kombi Powerhead Hedge Trimmer SN#506087339

(Unit# 549) Kawasaki Zero Turn Mower SN#15058270

(Unit# 550) Stihl BR600 Backpack Blower 42829673401


**Schedule "A" Accepted By:**


_____    Date_____
**WOLYNIEC CONSTRUCTION, INC.**

20



## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **1st Equipment Finance**<br>Creditor's Name<br><br>**1625 Wyoming Avenue**<br>**Pittston, PA 18643**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**05/17/2024**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2018 Roadhog RH48200 (Serial No. 1711009)**<br><br>Describe the lien<br>**Security Interest**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$80,280.78** | **$0.00** |
| **2.2**   **Caterpillar Financial Services**<br>Creditor's Name<br><br>**2120 West End Avenue**<br>**Nashville, TN 37203-0986**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**06/03/2020**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**308-07CR Hydraulic Excavator (Serial No. GG802028)**<br><br>Describe the lien<br>**Security Interest**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **$12,473.77** | **$0.00** |

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Caterpillar Financial Services** | | | |
|---|---|---|---|---|

Creditor's Name

**2120 West End Avenue**
**Nashville, TN 37203-0986**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**06/15/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**315FLCR Hydraulic Excavator (Serial No. TDY14074)**

Describe the lien
**Security Interest**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$22,075.11       $0.00

---

| 2.4 | **Caterpillar Financial Services** | | | |
|---|---|---|---|---|

Creditor's Name

**2120 West End Avenue**
**Nashville, TN 37203-0986**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**04/27/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**CB54B Vibratory Asphalt Compactor (Serial No. RJN00288)**

Describe the lien
**Security Interest**

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$12,121.97       $0.00

---

| 2.5 | **Caterpillar Financial Services** | | | |
|---|---|---|---|---|

Creditor's Name

**2120 West End Avenue**
**Nashville, TN 37203-0986**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**299D3 Compract Track Loader (Serial No. DY907861**

Describe the lien
**Security Interest**

$66,306.51       $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 6

Creditor's email address, if known

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/04/2022**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **Caterpillar Financial Services** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
**325-07 Hydraulic Excavator (Serial No. TEL20266)**

$163,217.12          $0.00

**2120 West End Avenue**
**Nashville, TN 37203-0986**
Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/05/2022**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **Chrysler Capital** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
**2022 RAM 4500 Crew Cab with Dump Box**

$51,877.90          $55,000.00

**Bankruptcy Dept.**
**P.O. Box 961278**
**Fort Worth, TX 76161-1278**
Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9637**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

Case 4:25-bk-00881-MJC    Doc 40    Filed 05/16/25    Entered 05/16/25 16:43:39    Desc
Main Document      Page 29 of 42

---

| 2.8 | **Citizens and Northern Bank** | Describe debtor's property that is subject to a lien | $968,612.42 | $0.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

**Accounts Receivable, Inventory; Various Personal Property (see attahed list)**

**130 Court Street**
**Williamsport, PA 17701**

Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**08/10/2021**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Citizens and Northern Bank** | Describe debtor's property that is subject to a lien | $80,280.78 | $0.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

**Accounts Receivable, Inventory, 2017 Power Curber 5700-C (Serial No. 57C08-17-0332514) and 2015 CAT 336EL Excavator (Serial No. FJH01604)**

**130 Court Street**
**Williamsport, PA 17701**

Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**08/10/2021**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Great Midwest Insurance Co.** | Describe debtor's property that is subject to a lien | $226,106.31 | $0.00 |
|-----|-----|-----|-----|-----|

Creditor's Name

**All Personal Property including Inventory and Equipment and Accounts Receivable**

**Skyward Speciality Insurance**
**800 Gessner Road, Suite 600**
**Houston, TX 77024**

Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

---

**Date debt was incurred**
**06/26/2024**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | | | |
|---|---|---|---|

**James T. Wolyniec, Jr.**
Creditor's Name

**PO Box 24154**
**Silverthorne, CO 80498**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     **$2,000,000.00**     **$1,750,000.00**
**294 Freedom Road, Williamsport, Lycoming County, PA plus a nearby quarry**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | | | |
|---|---|---|---|

**John Deere Construction &**
Creditor's Name

**Forestry Company**
**6400 NW 86th Street**
**Johnston, IA 50131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/14/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     **$48,636.35**     **$0.00**
**John Deere 60G 60 G Compact Excavator (Serial No. 293133)**

**Describe the lien**
**Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Wolyniec Construction, Inc. | Case number (if known) | 4:25-bk-00881-MJC |
|---|---|---|---|
| | Name | | |

| 2.13 | Small Business Administration | Describe debtor's property that is subject to a lien | $1,991,200.00 | $0.00 |
|---|---|---|---|---|

**Creditor's Name**

**2 North 20th Street, Suite 320**
**Birmingham, AL 35203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**11/22/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Real Property, Personal Property, Inventory, Accounts Receivable**

**Describe the lien**

**Security Interest**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $5,723,189.02 |
|---|---|---|

---

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ryann Loftus, Esquire**<br>**235 N Washington Avenue**<br>**P.O. Box 309**<br>**Scranton, PA 18501** | Line  **2.13** | |

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Backyard Broadcasting**<br>**1685 Four Mile Drive**<br>**Williamsport, PA 17701**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,000.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**Bergey's Truck Parks**<br>**25 Roadway Drive**<br>**Carlisle, PA 17015**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$57.79** |
| **3.3** Nonpriority creditor's name and mailing address<br>**BNB Block Co. Inc.**<br>**525 Popular Street**<br>**Williamsport, PA 17701**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.4** Nonpriority creditor's name and mailing address<br>**Capital One Bank**<br>**P.O. Box 71083**<br>**Charlotte, NC 28272-1083**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$28,420.64** |

Case 4:25-bk-00881-MJC    Doc 40    Filed 05/16/25    Entered 05/16/25 16:43:39    Desc
Main Document    Page 33 of 42

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | **$13,712.05** |

**Central Builders**
**P.O. Box 152**
**Sunbury, PA 17801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | **$69,995.07** |

**Central Clay Products**
**101 Scott Street**
**Wilkes Barre, PA 18702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | **$55,073.85** |

**Centre Concrete Company**
**P.O. Box 859**
**State College, PA 16804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | **$27,941.92** |

**Chemical Equipment Labs**
**3920a Providence Rd**
**Newtown Square, PA 19073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | **$11,000.00** |

**Cincinani Insurance Co.**
**P.O. Box 145620**
**Cincinnati, OH 45250-5620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | **$13,499.25** |

**Citizens and Northern Bank**
**P.O. Box 2711**
**Omaha, NE 68103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | **$25,041.61** |

**Cleveland Brothers**
**P.O. Box 417094**
**Boston, MA 02241-7094**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,589.48 |
|---|---|---|---|

**Compu-Gen Technologies**
**535 East 3rd Street**
**Williamsport, PA 17701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dan-Ber Concrete Supply**
**P.O. Box 624**
**Mifflinville, PA 18631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.73 |
|---|---|---|---|

**Economy Auto Parts**
**Interstate Billing Service, Inc.**
**P.O. Box 2208**
**Mobile, AL 36609-2208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Five Star Equipment, Inc.**
**P.O. Box 176**
**Dunmore, PA 18512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frys Plastic**
**560 Rabbittown Road**
**Muncy, PA 17756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,344.35 |
|---|---|---|---|

**General Sewer Service Inc.**
**1408 Calcon Hook Road**
**Sharon Hill, PA 19079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $518.28 |
|---|---|---|---|

**GI Electric Company Inc.**
**944 Sheridan Street**
**Williamsport, PA 17701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $167,537.97 |
|---|---|---|---|

**Glenn O Hawbaker**
P.O. box 64289
Baltimore, MD 21264-4289

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Goods Tire Service**
13616 SR 422
Kittanning, PA 16201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Heidelberg Materials**
15620 Collections Center
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,779.73 |
|---|---|---|---|

**Highmark Blue Shield**
P.O. Box 382146
Pittsburgh, PA 15250-8146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**HRI Inc.**
1750 West College Avenue
State College, PA 16801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,799.37 |
|---|---|---|---|

**L/B Water Service**
550 S High Street
P.O. Box 60
Selinsgrove, PA 17870

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Lindsay & Hager PC**
2814 Lycoming Mall Drive
Muncy, PA 17756

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lycoming Burial Vault Co.**
**350 Spruce Street**
**Montoursville, PA 17754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.73** |
|---|---|---|---|

**Lycoming County Landfill**
**P.O. Box 187**
**Montgomery, PA 17752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,233.78** |
|---|---|---|---|

**Mack Industries**
**P.O. Box 936468**
**Atlanta, GA 31193-6468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,760.53** |
|---|---|---|---|

**Mirabito Energy Products**
**P.O. Box 5306**
**Binghamton, NY 13902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mitchell Knorr Contracting**
**7295 Old Berwick Road**
**Bloomsburg, PA 17815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,772.55** |
|---|---|---|---|

**Penn Line Service**
**P.O. Box 280**
**Indiana, PA 15701-0280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$362.24** |
|---|---|---|---|

**RelaDyne Northeast LLC**
**P.O. Box 645252**
**Cincinnati, OH 45264-5452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Safety-Kleen Systems**
P.O. Box 975201
Dallas, TX 75397-5201

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,345.43 |
|---|---|---|---|

**Sunbelt Rentals**
5223 Lycoming Mall Drive
Montoursville, PA 17754

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sunbury Motors**
943 N Fourth Street
P.O. Box 229
Sunbury, PA 17801

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.37 |
|---|---|---|---|

**Superior Plus Propane**
P.O. Box 981045
Boston, MA 02298-1045

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thompsons Outdoor Power Equipment**
1410 High Street
Williamsport, PA 17701

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,642.43 |
|---|---|---|---|

**Titusville Fabricators**
P.O. Box 10778
Pittsburgh, PA 15203

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Traylors Creekside Tires**
P.O. Box 44
Cogan Station, PA 17728

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Van Campen Motors**
**601 W Third Street**
**P.O. Box 1687**
**Williamsport, PA 17703-1687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,815.42 |
|---|---|---|---|

**Wild Rose**
**P.O. Box 44**
**Jersey Shore, PA 17740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Willard Battery Outlet**
**1957 W Fourth Street**
**Williamsport, PA 17701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 625,708.57 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 625,708.57 |

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases         **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Toshiba Copier (Serial No. CZDL19681) Toshiba Copier (Serial No. CHBG15782)** |
| State the term remaining | **Wells Fargo Vendor Financial P.O. Box 3072 Cedar Rapids, IA 52406-3072** |
| List the contract number of any government contract | |

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 1 of 1

Debtor name     **Wolyniec Construction, Inc.**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)     **4:25-bk-00881-MJC**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                        *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Steve Schenck | 697 Lamont Drive<br>Cogan Station, PA 17728 | James T. Wolyniec, Jr. | ■ D ___**2.11**___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Steve Schenck | 697 Lamont Drive<br>Cogan Station, PA 17728 | Citizens and Northern Bank | ■ D ___**2.9**___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Steve Schenck | 697 Lamont Drive<br>Cogan Station, PA 17728 | Small Business Administration | ■ D ___**2.13**___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Tammy Schenck | 697 Lamont Drive<br>Cogan Station, PA 17728 | Citizens and Northern Bank | ■ D ___**2.9**___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Tammy Schenck | Cogan Station, PA 17728 | James T. Wolyniec, Jr. | ■ D ___**2.11**___<br>☐ E/F _____<br>☐ G _____ |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | Column 2: **Creditor** |
| --- | --- |